Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

Dublin Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 DEC 21 A 9: 15

CLERK J. Hodge
SO. DIST. OF GA.

Keith Lanier

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Sizemore Inc.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV317-72
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes [ ] No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Keith Andre Lanier
- Street Address: 381 cartercemetery RD.
- City and County: Wrightsville GA 3 Johnson
- State and Zip Code: Georgia 31096
- Telephone Number: 478-998-4239
- E-mail Address: Keithlanier120@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Mr. Sheldon L. Langford
- Job or Title (if known): Branch Manager
- Street Address: 2116 Walton Way
- City and County: Augusta
- State and Zip Code: Georgia 30904
- Telephone Number: 1-706-736-1456
- E-mail Address (if known):

Defendant No. 2
- Name: Mr. Allen Davis
- Job or Title (if known): District Manager
- Street Address: 2116 Walton Way
- City and County: Augusta
- State and Zip Code: Georgia 30904
- Telephone Number: 1-706-736-1456
- E-mail Address (if known):

Defendant No. 3
- Name: Mr. Preston Sizemore Jr.
- Job or Title (if known): Owner
- Street Address: 2116 Walton Way
- City and County: Augusta
- State and Zip Code: Georgia 30904
- Telephone Number: 1-706-736-1456
- E-mail Address (if known):

Defendant No. 4
- Name: Mr. David McGilvray
- Job or Title (if known):
- Street Address: 2116 Walton Way
- City and County: Augusta
- State and Zip Code: Georgia 30904
- Telephone Number: 1-706-736-1456
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name: Meadows Regional Medical Center
Street Address: One Meadows Parkway
City and County: Vidalia, Toombs
State and Zip Code: Georgia, 30475
Telephone Number: 912-535-5828

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to (check all that apply):

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

[✓] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

[ ] Other federal law (specify the federal law):

[ ] Relevant state law (specify, if known):

[ ] Relevant city or county law (specify, if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [ ] Failure to promote me.
- [✓] Failure to accommodate my disability.
- [✓] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts (specify): _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) _August 20, 2016_

C. I believe that defendant(s) (check one):
- [ ] is/are still committing these acts against me.
- [✓] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):
- [✓] race _____
- [✓] color _____
- [✓] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age (year of birth) _____ (only when asserting a claim of age discrimination.)
- [ ] disability or perceived disability (specify disability)

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* ___November 3, 2016___

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* ___September 27, 2017___

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ~~11-28-17~~ 12-21-17

Signature of Plaintiff: Keith Lanier
Printed Name of Plaintiff: Keith Lanier

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

```
03/02/2016  15:11    5612429661              UCAC INC                        PAGE  03/06
```

Exhibit 1

## COUNSELING STATEMENT

**SIZEMORE, INC.**
**Total Contract Services**

Employee Name: Keith Lanier
Date of Hire: _____   Date of Statement: 8/20/16
Current Assignment/Site: Meadows Regional Medical Center

### TYPE OF INFRACTION

- ☐ No Call/No Show
- ☐ Disobedience
- ☐ Sleeping on Duty
- ☐ Hygiene
- ☐ Tardiness
- ☐ Dishonesty
- ☐ Inattention
- ☒ Other: Neglect of duty
- ☐ Carelessness
- ☐ Gambling
- ☐ Post Neatness
- ☐ Intoxication
- ☐ Improper Uniform
- ☐ Equipment Loss/Damage
- ☐ Unsafe Act/Behavior
- ☐ Insubordination
- ☐ Improper Call Off/Call In Procedure

### DETAILS OF INFRACTION

Infraction Date: 8/20/16   Infraction Time (AM/PM): 1614   Place Occurred: High Security
Witness(es) to Infraction: _____
Details of Infraction: At 1614 1013 male Don Byrd asked Officer Keith Lanier for a towel to wash with. Officer Lanier then left High Security and went to ER Trauma Rm 3 to get the towel. Don Byrd then used the opportunity to get out of High Security.

Signature of Individual Providing Detailed Infraction: Daniel Wardell   Date: 8/20/16

### EMPLOYEE STATEMENT

☒ I agree with the above statement
☐ I disagree with the above statement for the following reason(s):

Employee Signature: Keith Lanier   Date: 8-22-16

### PREVIOUS WARNINGS
(History of Warnings Issued for Same or Similar Infractions)

1st Warning  Date: ___  Type of Infraction: ___
2nd Warning  Date: ___  Type of Infraction: ___
3rd Warning  Date: ___  Type of Infraction: ___

### DISPOSITION

- ☐ Verbal Counseling (Information Only)
- ☐ Reassignment
- ☐ Written Reprimand
- ☐ Final Warning-Remains In Effect for ___ Days
- ☐ Suspension for ___ Work Days
- ☒ Termination
- ☐ Other (Explain below)

Approved by: Sheldon Lansford   Title: Div. Mg   Date: 8/20/16

IF THE ABOVE STATED VIOLATION(S) CONTINUES, OR ANY OTHER SIZEMORE, INC. OR CLIENT POLICIES & PROCEDURES ARE VIOLATED, ADDITIONAL DISCIPLINARY ACTIONS, UP TO AND INCLUDING TERMINATION OF EMPLOYMENT, WILL OCCUR.

I, Keith Lanier, HAVE READ AND UNDERSTAND THIS STATEMENT. I HAVE BEEN MADE AWARE THAT THE ABOVE OFFENSE OR ANY OTHER VIOLATION(S) MAY LEAD TO TERMINATION OF EMPLOYMENT. (DATE) 8-22-16

COPY GIVEN TO EMPLOYEE  ☐ IN PERSON  ☒ N/A FILED IN EMPLOYEE RECORDS

To whom it may concerned:

I feel that all defendant know that being a Sizemore Security the most important thing is safety and being alert and aware of your'e surroundings and treating everyone equal and fair regardless of age, race, color or gender. On August 20, 2016 while watching two patient in High security area in room #3 and room #2 I feel they caused me harm and all my right was violated, when I got a towel for the patient in High security #3 all the E.R staff was busy and the other officer was making rounds, they have camera in all High security room 1#, 2#, and 3# and one in the main room so the patient are alway watch, when the patient ran out I following rules, policies, and regulations my conduct allowed the patient to be apprehended in 10 minutes he left at 16:14 and returned back at 16:30 by Law enforcement Vidalia P.D. I feel my rights was violation of the way other officer of younger age, race, color and gender was treating in similar situation of 1013 on the run their was none proper investigation.

# Relief

I felt harament on August 20, 2016 when the 1013 patient was return by law V.P.D. Law enforcement who fled at 1614. when Mr. Sheldton L. Langsford, contacted, capt Woodall and had me sign a Sizemore counseling statement 8/20/16 that I would be on suspension for 1 day. And next I was called back to work that morning to work my 12 hour shift watching the same 1013 patient that fled the day before. and E.R. staff member asking me was I being terminated. Then Next Day on August 22 2016 I recieved a call from Capt. Woodall to come to the hospital that I was being terminated, I don't know the value of settlement under Title VII. on 8-23-16 I recieved a letter from Department of Labor that I wouldn't get paid unemployment benefits of $4,400 And presently now I in a states of Bankruptcy with the Law Firm my Attorney Claeys McElroy Magroder and Kitchens $58,931 which my termination of Sizemore Inc which average monthly pay $1,552 present status it is now November 28, 2017 equal by 15 month $23,280 Total amount coming to $82,211.00. Total Time employed with Sizemore 9 year including 1 year broken Time