IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| KEITH LANIER, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CV 317-072<br>) |
| SIZEMORE, INC.;<br>SHELDON L. LANGFORD;<br>ALLEN DAVIS;<br>PRESTON SIZEMORE, JR.; and<br>DAVID MCQILVRAY,[1] | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER**

Plaintiff is proceeding *pro se* in this employment discrimination case and seeks to proceed *in forma pauperis*. (Doc. no. 2.) While Plaintiff is a resident of Wrightsville, Georgia, located in Johnson County in the Dublin Division of the Southern District of Georgia, the events that comprise the basis of his complaint occurred at his place of former employment in Toombs County, Georgia, within the Statesboro Division of the Southern District of Georgia. (See doc. no. 1, pp. 1, 3.)

Thus, it appears this case properly belongs in the Statesboro Division of the Southern District of Georgia. Accordingly, the case is hereby **TRANSFERRED** to the Statesboro

---

[1] The Court **DIRECTS** the **CLERK** to update the spelling of Defendant Mcqilvray's name on the docket in accordance with the caption of this Order. (See doc. no. 1, p. 2.)

Division and is assigned Civil Action Number CV618-003. All future filings in this case should be made with the Clerk, U.S. District Court, P.O. Box 8286, Savannah, Georgia 31412.

SO ORDERED this 6th day of January, 2018, at Augusta, Georgia.

*[signature]*
UNITED STATES DISTRICT JUDGE