**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| KEITH LANIER, <br><br> Plaintiff, <br><br> v. <br><br> SIZEMORE, INC.; and SHELDON L. LANGFORD, <br><br> Defendants. | CIVIL ACTION NO.: 6:18-cv-3 |

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 25, 2019 Report and Recommendation, (doc. 9), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation that Allen Davis, Preston Sizemore, Jr., and David McQilvray be **DISMISSED** from the Complaint. The Court further **DIRECTS** the Clerk of Court to update the docket accordingly.

**SO ORDERED**, this 31st day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA