# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

KEITH LANIER,

      Plaintiff,

   v.

SIZEMORE, INC., et al.;

      Defendants.

CIVIL ACTION NO.: 6:18-cv-3

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's September 9, 2019 Report and Recommendation, (doc. 15), to which Plaintiff has filed a response (doc. 16). Plaintiff's response, however, appears to be a final attempt to amend his complaint, which is not relevant to the issues raised regarding defendants' various motions to dismiss in the Report and Recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 15), as the opinion of the Court and **DISMISSES** Defendant's motions to dismiss (doc. 7, doc. 14) as **MOOT**.

**SO ORDERED**, this 28th day of October, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA