AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KEITH LANIER,

    Plaintiff

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:18-cv-3

SIZEMORE, INC.,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated September 27, 2021, Defendant's Motion for Summary Judgment is granted. Judgment is entered in favor of Defendant, and this case stands closed.

Approved by: _[signature]_

September 29, 2021
Date

John E. Triplett, Clerk of Court
Clerk

_[signature: Jamie Sabalza]_
(By) Deputy Clerk

GAS Rev 10/2020